JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEM MAI LAM, an individual, | Case No. 8:18-cv-01598 DOC (KESx) |
| Plaintiff, | Honorable David O. Carter |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE [17]** |
| PRINCIPAL LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | **[FRCP 41(a)(1)]** |
| Defendants. | Complaint Filed: July 11, 2018 |

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

303397840v1 1011708

# **ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __March 22__, 2019         _/s/ David O. Carter_____
                                  HONORABLE DAVID O. CARTER
                                  UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

303397840v1 1011708